UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EDGAR CHOC, individually and on behalf of all others similarly situated,

        *Plaintiff*,

v.

CORPORATION #1 D/B/A JIMBO'S HAMBURGER PALACE; 228 WILLIS AVENUE FOOD LLC D/B/A JIMBO'S HAMBURGER PALACE; and MISAEL VIVAR,

        *Defendants*.

Civil Action No. 1:23-cv-03886-PAE-GWG

**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

It is hereby stipulated by and between the attorneys for Plaintiff, EDGAR CHOC, ("Plaintiff"), and Defendants CORPORATION #1 D/B/A JIMBO'S HAMBURGER PALACE; 228 WILLIS AVENUE FOOD LLC D/B/A JIMBO'S HAMBURGER PALACE; and MISAEL VIVAR (collectively, "Defendants"), as follows:

WHEREAS, Plaintiff and Defendants have been conducting private settlement negotiations;

WHEREAS, Plaintiff and Defendants agree that Defendants should have additional time to answer or move with respect to the Complaint;

NOW THEREFORE, the said parties, by their attorneys, stipulate as follows:

1. The time for Defendants to answer or move with respect to the Complaint in the above-captioned lawsuit is hereby extended until and through August 15, 2023.

2. A faxed or emailed copy of this Stipulation, including the signatures of the undersigned attorneys, shall be deemed to be an original copy, for all purposes.

3. This Stipulation may be signed in counterparts.

1

Dated: New York, New York
July 9, 2023

KATZ MELINGER PLLC

By: */s/ Nicole Grunfeld*

Nicole Grunfeld, Esq.
370 Lexington Ave, Suite 1512
New York, NY 10016
Tel: (212) 460-5080
ndgrunfeld@katzmelinger.com
*Attorneys for Plaintiff*

THOMPSON & SKRABANEK, PLLC

By:

J.R. Skrabanek, Esq.
42 W. 38th Street, Suite 1002
New York, NY 10018
Tel: (646) 568-4280
jrs@ts-firm.com
*Attorneys for Defendants*

SO ORDERED this __11__ day of ____July____, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

2