UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EDGAR CHOC,

                              Plaintiff,                        **23 Civ. 3886 (GS)**

        -against-                                       **ORDER OF DISMISSAL**

CORPORATION # 1, 228 WILLIS AVENUE FOOD LLC and MISAEL VIVAR,

                              Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

        The Court has received and reviewed the parties' joint letter dated January 25, 2024 (Dkt. No. 33) attaching the "Second Amendment to Settlement Agreement and Mutual Release" and seeking approval of their Settlement Agreement and Mutual Release ("the Agreement") as amended pursuant to this Court's orders on December 12, 2023, and January 8, 2024.  (*See* Dkt. Nos. 27-30).

        The Court has reviewed the terms of the amended Agreement and finds that they are fair and reasonable as required by *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).  Accordingly, the proposed settlement is APPROVED, and this action is DISMISSED with prejudice and without costs.

        The Clerk of the Court is directed to close the case.

        **SO ORDERED.**

DATED:    New York, New York
                January 29, 2024

                                                                           The Honorable Gary Stein
                                                                           United States Magistrate Judge